**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF FLORIDA

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an
   amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy     4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **The Gardens, LLC** | |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **90-0259457** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **410 N Orange Blossom Trail**<br>**Orlando, FL 32805**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Orange**<br>County | **Location of principal assets, if different from principal place of business**<br>**496 N Orange Blossom Trail Orlando, FL 32805**<br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

Debtor    **The Gardens, LLC**

_____
Name

Case number (*if known*) _____

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__5313__

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| Debtor | _____ | | | Relationship | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number, if known | _____ |

| Debtor | The Gardens, LLC | Case number (if known) |
|---|---|---|
| | Name | |

---

**11. Why is the case filed in this district?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

### ▮ Statistical and administrative information

**13. Debtor's estimation of available funds**   .   *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Debtor | **The Gardens, LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **July  3, 2017**
MM / DD / YYYY

**X** **/s/ M. Donald Granatstein**                           **M. Donald Granatstein**
Signature of authorized representative of debtor          Printed name

Title    **Manager**

**18. Signature of attorney**

**X** **/s/ R Scott Shuker**                           Date **July  3, 2017**
Signature of attorney for debtor                          MM / DD / YYYY

**R Scott Shuker**
Printed name

**Latham, Shuker, Eden & Beaudine, LLP**
Firm name

**PO Box 3353**
**Orlando, FL 32802-3353**
Number, Street, City, State & ZIP Code

Contact phone   **(407) 481-5800**        Email address

**984469**
Bar number and State

<table>
<tr><td colspan="2" style="background:black;color:white">Fill in this information to identify the case:</td></tr>
<tr><td>Debtor name</td><td>The Gardens, LLC</td></tr>
<tr><td colspan="2">United States Bankruptcy Court for the:  MIDDLE DISTRICT OF FLORIDA</td></tr>
<tr><td colspan="2">Case number (if known):</td></tr>
</table>

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Lion Financial, LLC 301 W 41st Street #406 Miami Beach, FL 33140** | | **Guaranty of Parliament House debt** | | | | **$3,900,000.00** |
| **Parliament Investors, LLC 2785 Pacific Coast Hwy #E-301 Torrance, CA 90505** | | **Guaranty of Parliament House debt** | | | | **$525,000.00** |
| **RW Phipps, CPA 209 East Marks St Orlando, FL 32803** | | **Accounting Services** | | | | **$10,000.00** |
| **Winter Park Construction c/o Erik Szabo Higley & Szabo PA 185 Waymont Court Lake Mary, FL 32746** | | **Construction debt** | **Disputed** | | | **$45,000.00** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

# United States Bankruptcy Court
## Middle District of Florida

In re  **The Gardens, LLC**        Case No. _____

                                       Debtor(s)     Chapter    **11**

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **David Martineaux**<br>**1958 Palm View Drive**<br>**Apopka, FL 32712** | **N/A** | **5%** | **Member** |
| **Estate of Charles M Hodge**<br>**c/o Sam Hodge**<br>**73 Goose Point Circle**<br>**Crossville, TN 38571** | **N/A** | **8%** | **Member** |
| **Lutfi Investments Co, Inc.**<br>**PO Box 555179**<br>**Orlando, FL 32855-5179** | **N/A** | **17%** | **Member** |
| **The Gardens Holding Co, LLC**<br>**Attn:  M. Donald Granatstein**<br>**410 N Orange Blossom Trail**<br>**Orlando, FL 32805** | **N/A** | **70%** | **Member** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

       I, the **Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **July  3, 2017**                      Signature **/s/ M. Donald Granatstein**

                                                                   **M. Donald Granatstein**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Middle District of Florida

In re  **The Gardens, LLC** _____    Case No. _____

                                            Debtor(s)    Chapter   __11__

# VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to

the best of my knowledge.

Date:  **July 3, 2017** _____        **/s/ M. Donald Granatstein** _____
                                        **M. Donald Granatstein**/**Manager**
                                        Signer/Title

The Gardens, LLC
410 N Orange Blossom Trail
Orlando, FL 32805

Denis Martineaux
1958 Palm View Drive
Apopka, FL 32712

Henry & Ruth V Pattison
5219 W Avenue, L14
Lancaster, CA 93536

R Scott Shuker
Latham, Shuker, Eden & Beaudine, LLP
PO Box 3353
Orlando, FL 32802-3353

David P Betteridge
977 Hano Circle
Ivins, UT 84738

Internal Revenue Service
Centralized Insolvency Ops
PO Box 7346
Philadelphia, PA 19101-7346

Aimee E Kearns, Trustee
KM Trust
5886 N Bonita Vista St
Las Vegas, NV 89149

Dennis Raggi
20140 N Painted Cove Lane
Surprise, AZ 85387-7264

J Dabbieri
550 West C Street
San Diego, CA 92101

BA & Deborah R Towle
11630 Brook Lane
Truckee, CA 96161

Diane F Weiland, Trustee
FBO GR & DF Weiland Trust
977 Hano circle
Ivins, UT 84738

Jack R Clark
9900 Wilbur May Pkwy, #4701
Reno, NV 89521-3089

Byrne E Falke Jr, as Trustee
of Byrne E Falke Liv Trust
505 Alpine View Drive
Incline Village, NV 89451-8916

DS & DR Tomlin
DS & DR Tomlin Rev Trust
18016 Via Tarifa
San Diego, CA 92128-1576

Jasmine Mitha
9217 Hidden Bay Lane
Orlando, FL 32819

Byrne E Falke Sr, as Trustee
of Byrne E Falke Liv Trust
335 Ski Way, Unit 332
Incline Village, NV 89451

Estate of Charles M Hodge
c/o Sam Hodge
73 Goose Point Circle
Crossville, TN 38571

Joseph F & Marcia A Sparks
J & M Sparks Rev Trust
10410 W Charleston Blvd
Unit A210
Las Vegas, NV 89135

Cindy H Essaff, as Trustee
of the Essaff Family Trust
2860 Heybourne Road
Minden, NV 89243

Florida Dept of Revenue
Attn:  Executive Director
5050 W Tennessee St
Tallahassee, FL 32399-0140

June F Brehm
103 Montesol Drive
Henderson, NV 89012

Comm'l Mortgage Mgrs Inc
as servicer for WA Leonard,
c/o David Peterson, Esq
2015 N Eola Dr
Orlando, FL 32801

Gardens Recovery Ptnrs LLC
c/o David Peterson, Esq
215 N Eola Drive
Orlando, FL 32801

Karen Ll Cecchi
PO Box 571
Folsom, CA 95673

Connie L Boren
as Trusteee Boren Liv Trust
311 Woodland Avenue
Andalusia, AL 36420-5234

Gerrald Cadesky
67555 Ontario Limited
55 Skymark Dr, Apt 808
North York, Ontario
CANADA M2H 3N4

Kathleen F Dellarusso
as Trustee of 1996 Seafidi
Childrens Trust
2897 Rio Vista Drive
Minden, NV 89423

David & Cristina Jacobson
Trustees of Jacobson Family
Trust
12219 Oakview Way
San Diego, CA 92128

Harold & Diana Thompson
HA & DC thompson Rev Trust
973 Petes Way
Sparks, NV 89434

Larry E Hanan, as Trustee
of Larry E Hanan Rev Trust
8921 Green Meadows Dr
Highlands Ranch, CO 80126

LD & DM Wengert, Trustees
Wengert Family Trust
868 Judi Place
Boulder City, NV 89005

Morris Massry
255 Washington Ave Ext
Albany, NY 12205

Robert Burnett Jr
15102 Kenley Way
Birmingham, AL 35242

Linda C Reid
9900 Wilbur May Pkwy #4701
Reno, NV 89521-3089

Nancy L Gouveia, as Trustee
of Nancy L Gouveia Trust
1543 Alisal Avenue
San Jose, CA 95125

Robert Essaff, as Trustee
of Essaff Family Truste
PO Box 45
Markleeville, CA 96120

Linda L Pinnell IRA
9915 Saddleback Drive
Lakeside, CA 92040

Nancy L Griffin
6025 Pintail Lane
Citrus Heights, CA 95621

Robert Higgins, Esq
David Peterson, Esq
Lowndes Drosdick
PO Box 2809
Orlando, FL 32802-2809

Lion Financial, LLC
301 W 41st Street #406
Miami Beach, FL 33140

Neil Meyers
c/o Star Island Resort
5000 Avenue of the Stars
Kissimmee, FL 34746

RS & S Worthen, Trustees
RS Worthen Family Trust
117 Worthen Circle
Las Vegas, NV 89145

Loy E Pfeiler
51414 Pet Drive
Aguila, AZ 85320

Nizar A Mitha
9217 Hidden Bay Lane
Orlando, FL 32819

Rudy & Sharon McTee
Trustees of R&S McTee Trust
1095 Daphne Ct
Minden, NV 89423

Lutfi Investments Co, Inc.
PO Box 555179
Orlando, FL 32855-5179

Orange Cty Tax Collector
Attn:  Scott Randolph
PO Box 545100
Orlando, FL 32802-2551

RW Phipps, CPA
209 East Marks St
Orlando, FL 32803

Lutfii Investment Co, Inc
c/o Said Y Lutfi, RA
720 S Orange Blossom Trail
Orlando, FL 33280-5000

Parliament Investors, LLC
2785 Pacific Coast Hwy
#E-301
Torrance, CA 90505

Stephen V Kowalski
29202 Posey Way
Rancho Palos Verdes, CA 90275

M&I Marshall & Isley Bank
c/o CT Corporation, RA
1200 S Pine Island Rd
Plantation, FL 33324

Pensco Trust Company Inc
Custodian for R W Ilm IRA
c/o Doreen Chaisson, RA
30 Penhallow St S200A
Portsmouth, NH 03801

Steven B Berlin
2510 Bayview Circle
Wantagh, NY 11793

Maria T Sutherland
29202 Posey Way
Rancho Palos Verdes, CA 90275

Phil L Pfeiler
51414 Pet Drive
Aguila, AZ 85320

The Gardens Holding Co, LLC
Attn:  M. Donald Granatstein
410 N Orange Blossom Trail
Orlando, FL 32805

Mark L & Sandy K Eames
10400 Dunsford Drive
Lone Tree, CO 80124-9796

Richard D Boren
as Trustee Boren Liv Trust
311 Woodland Avenue
Andalusia, AL 36420-5234

The Gardens Resort
Condominium Association, Inc
410 N Orange Blossom Trail
Orlando, FL 33238-0500

Whitebriar Financial Corp
c/o Harry Van Sciver, RA
575 Mistic Drive
Marstons Mills, MA 02648


Winter Park Construction
c/o Erik Szabo
Higley & Szabo PA
185 Waymont Court
Lake Mary, FL 32746

World Links Group, LLC
2053 Columbus Way
Visa, CA 92081